UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Alejandro Cordova Garcia,<br><br>*Petitioner*,<br><br>v.<br><br>Matthew Baker, et al.,<br><br>*Respondents*. | No. 6:26-CV-82-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Alejandro Cordova Garcia's petition for writ of habeas corpus (Dkt. No. 1), filed on February 10, 2026. Having considered the Cordova Garcia's arguments, the applicable law, and the relevant facts, the Court finds this petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Therefore, the Court finds that Petitioner is lawfully detained under § 1225. *See id.*; *see also Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Fifth Circuit further rejected Petitioner's due-process arguments in *Sosnava Rodriguez v. Vergara*, No. 26-50183 (5th Cir. Oct. 23, 2026) (*en banc*). This Court has likewise denied similar requests for habeas relief on due-process grounds. *See Salas Rivera*. Under the Fifth Circuit's precedent, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

So ordered on November 10, 2026, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE